UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ENTERED ON DOCKET 1/26/00 PURSUANT TO FRCP RULES 58 & 79a

PUERTO RICO PORTS AUTHORITY,

    Plaintiff,

v.

PCI INTERNATIONAL, INC.;
POLLUTION CONTROL INDUSTRIES, INC.; AMERICAN INTERNATIONAL COMMERCIAL, INC.; CARRERAS TRUCKING COMPANY, et al.,

    Defendants.

Civil No. 96-1969 (JAF)

RECEIVED & FILED
00 JAN 26 PM 12:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

### PARTIAL JUDGMENT

On the basis of the terms and conditions of the Opinion and Order subscribed by the court today, judgment is entered dismissing this case as to codefendant National Union Fire Insurance Company.

San Juan, Puerto Rico, this 21st day of January, 2000.

*[signature]*
JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)