UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1

PUERTO RICO PORTS AUTHORITY,

2

3        Plaintiff,                           Civil No. 96-1969 (JAF)

4

         v.

5

6    PCI INTERNATIONAL, INC.;
     POLLUTION CONTROL INDUSTRIES,
7    INC.; AMERICAN INTERNATIONAL
     COMMERCIAL, INC.; CARRERAS
8    TRUCKING COMPANY, et al.,

9

10       Defendants.

11

12

13                            **O R D E R**

14       The motion for withdrawal of representation of National

15   Union Fire Insurance Company, filed by Carlos A. Rodríguez-

16   Vidal, Esq., and the firm of Goldman Antonetti & Córdova, Docket

17   Document No. 122, is **GRANTED**.

18

19       Defendant Carreras Trucking Company, Inc.'s "Motion Seeking

20   to Withdraw Legal Representation," filed by Jane Becker

21   Whitaker, Esq., Docket Document No. 123, is **denied** until the

22   defendant's new legal representation enters an appearance.

23   Defendant is granted **up and until February 21, 2000 to announce**

24   **its new legal representation.**

25

26

Civil No. 96-1969 (JAF)                                         2-

1   **A Final Pretrial Conference shall be held on March 23,**

2   **2000, at 1:30 P.M.  Trial shall be held on May 1, 2000, at 9:30**

3   **A.M.**

4       **IT IS SO ORDERED.**

5

6   San Juan, Puerto Rico, this 21st day of January, 2000.

7

8                               JOSE ANTONIO FUSTE
                                U. S. District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26