## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



P.R. PORTS AUTHORITY

    VS.

PCI INTERNATIONAL, ET AL

CIVIL NO. 96-1969(JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 02/22/00   DOCKET #:129   TITLE: MOTION by Carreras Trucking Co |to Extend Time for 30 days to response to pending matters|

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

OTHER: _Term to expire on March 24, 2000._

3/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE