# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



_Puerto Rico Ports Authority_

vs.

_PCI International Inc._

CIVIL NO. 96-1969 (JAF)

RECEIVED & FILED
00 MAR 24 AM 9:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

---

### DESCRIPTION OF MOTION

DATE FILED: 3/3/2000   DOCKET: 130   TITLE: _motion under R. 54(b)_

[] Plffs.   [✓] Defts.

---

### O-R-D-E-R

_Movant's motion is granted._

---

3-22-2000
DATE

_JAF_
JOSE A. FUSTE
U.S. DISTRICT JUDGE

133