# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



P.R. PORTS AUTHORITY

    VS.

PCI INTERNATIONAL, ET AL

CIVIL NO. 96-1969(JAF)

RECEIVED & FILED
00 MAR 24 AM 9:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| DATE FILED: 03/10/00 | DOCKET #: 131 | TITLE: MOTION by Carreras Trucking Co |to convert PTC into a S/C| |

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted. The PTC Conf shall be held 4/14/2000 at 1:30 PM.

Trial shall start on May 3 rather than on May 1.

_____
3-23-00
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE

(134)