# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

 

P.R. PORTS AUTHORITY

    VS.

PCI INTERNATIONAL, ET AL

CIVIL NO. 96-1969(JAF)

## DESCRIPTION OF MOTION

| DATE FILED: 04/04/00 | DOCKET #: 135 | TITLE: MOTION by Carreras Trucking Co |for Eugenio Romero to Withdraw as Attorney|, and |to Extend Time for 30 days to retain new cnsl| |
|---|---|---|
| [ ] Plaintiff(s)<br>[x] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted, conditioned on the appearance of substitute counsel. Trial remains as set.

The P.T. Conf. set for today could not be held because there are pending motions on issues of Carreras representation. Parties responsible to try case on previously filed P.T. order.

DATE 4/14/00

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(138)