# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





RECEIVED & FILED
00 MAY -1 AM 9:39
U.S. DISTRICT COURT
SAN JUAN, P.R.

P.R. PORTS AUTHORITY

VS.

PCI INTERNATIONAL, ET AL

CIVIL NO. 96-1969 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 04/24/00    DOCKET #: 139    TITLE: MOTION by Carreras Trucking Co |to Continue PTC and trial dates|

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted. Trial reset for Oct 16, 2000 at 930 AM

4/28/00.
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(140)