# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



P.R. PORTS AUTHORITY

VS.

PCI INTERNATIONAL, ET AL

CIVIL NO. 96-1969(JAF)

---

### DESCRIPTION OF MOTION

| DATE FILED: 05/25/00 | DOCKET #: 142 | TITLE: Informative Motion by **Carreras Trucking Co** re: Atty Eugenio Romero requesting authorization to continue acting as legal representation. |
|---|---|---|
| [ ] Plaintiff(s) [x] Defendant(s) | | |

### O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

**OTHER:**

_____

6/20/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE