UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: AUGUST 7, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          CASE NO. CIVIL 96-1969

===============================================================

| PUERTO RICO PORTS AUTHORITY | Attorneys:<br>For Plaintiffs: |
|---|---|
| VS | For Defendant: |
| PCI INTERNATIONAL, INC. | |

===============================================================

In view of the fact that this is one the cases that has been recently reassigned to Judge Garcia Gregory the jury trial set for October 16, 2000 is hereby vacated and set aside. A status conference is hereby set for Tuesday, October 17, 2000 at 10:00 AM. before Judge Garcia. Counsel for the parties are to come prepared to discuss settlement and inform the status of any pending discovery.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

S/c to
Jury Clerk