UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 AUG 28 AM 7:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

PUERTO RICO PORTS AUTHORITY

    Plaintiff(s)

    v.     CIVIL NUMBER: 96-1969 (JAG)

PCI INTERNATIONAL, INC.

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/18/00<br>**Title:** Motion Requesting Term to Notify New Counsel<br>**Docket:** #146<br>[ ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** American International Commercial, Inc. shall notify the Court of its new counsel by September 18, 2000. |

**Date:** 08/24/00

JAY A. GARCIA-GREGORY
U.S. District Judge