UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 17, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 96-1969 (JAG)**
================================================================

P.R. PORTS AUTHORITY                Attorneys:
                                      For Plantiff: JUAN SOTO
                                      BALBAS & JORGE CRUZ JOVET
        VS
                                      For Defendant:
PCI INTERNATIONAL, INC                KEITH GRAFFAM
                                      LYDIA LIZARRIBAR
                                      EUGENIO ROMERO
================================================================

Case called for status conference. Parties theory stated. Attorney Lydia Lizarribar has filed an appearance on behalf of American International which the Court grants. Dicovery has been completed.

Attorney for Carreras Trucking requests permission to file a motion for summary judgment. The Court grants the request and grants them thirty days to file the same and thirty days therafter to plaintiff to reply.

Parties are discussing settlement possibilities and request from the Court forty five days to try to finalize the same. Request is granted and the Court is to be informed of the outcome of the same.

Parties to be notified.

_____
Lily Alicea - Courtroom Deputy

