UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



PUERTO RICO PORTS AUTHORITY

Plaintiff(s)

v.                                    CIVIL NUMBER: 96-1969 (JAG)

PCI INTERNATIONAL, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/08/00<br>**Title:** Motion for Withdrawal of<br>Legal Representation<br>**Docket:** 148<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: 10/16/00

JAY A. GARCIA-GREGORY
U.S. District Judge

