UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY

Plaintiff(s)

v.                                    CIVIL NUMBER: 96-1969 (JAG)

PCI INTERNATIONAL, INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|

**Date Filed:** 10/17/00
**Title:** Notice of Appearance and     **GRANTED.**
         Request for Time
**Docket:** 149
[ ] Plffs   [x] Defts   [ ] Other

Date: October 24, 2000             JAY A. GARCIA-GREGORY
                                   U.S. District Judge