UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: NOVEMBER 9, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIVIL 96-1969 (JAG)

==================================================================

PUERTO RICO PORTS AUTHORITY            Attorneys:
                                       For Plantiff:

                                       For Defendant:
PCI INTERNATIONAL, INC.
==================================================================

At the last status conference held before Judge Garcia on October 17, 2000 a term of forty five days was granted for parties to finalize settlement negotiations.

Carreras Trucking was granted a term of thirty days to file a motion for summary judgment. Said term of thirty days is to commence after the expiration of the term granted for the settlement negotiations. Plaintiff will have thirty days to oppose the motion for summary judgment.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

