UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
01 JAN 18 AM 10: 16

PUERTO RICO PORTS AUTHORITY

**Plaintiff(s)**

v.                                      **CIVIL NUMBER:** 96-1969 (JAG)

PCI INTERNATIONAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/29/00<br>**Title:** Motion for Extension of Time to Exhaust Settlement Negotiations and to Submit Dispositive Motion<br>**Docket**: 155<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:** January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge