# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY

    **Plaintiff(s)**

    **v.**　　　　　　　　　　**CIVIL NUMBER:** 96-1969 (JAG)

PCI INTERNATIONAL, INC.

    **Defendant(s)**

*RECEIVED AND FILED*
*01 MAR 20 AM 8: 10*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/02/01<br>**Title:** Request for Final Extension of Time to Submit Dispositive Motion<br>**Docket:** 159<br>[ ] **Plffs**　[x] **Defts**　[ ] **Other** | **GRANTED.** The Court grants co-defendant Carreras Trucking, Inc.'s motion requesting an extension of time to submit dispositive motions. Co-defendant is granted until Friday, March 23, 2001 to file the dispositive motion, after wich no further extensions will be granted. |

**Date:**  March 15, 2001

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**