UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



PUERTO RICO PORTS AUTHORITY

**Plaintiff(s)**

v.                                              **CIVIL NUMBER:** 96-1969 (JAG)

PCI INTERNATIONAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/08/01<br>**Title:** Motion Requesting Leave to Withdraw Legal Representation<br>**Docket:** 160<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** The Court grants attorney Juan B. Soto Balbas's request to withdraw as legal counsel for co-defendant Puerto Rico Ports Authority. The Court grants the co-defendant a period of forty five (45) days to retain new legal counsel and inform the Court of such. As well, all notices of the Court are to be informed to the Puerto Rico Ports Authority until their new legal counsel appears. |

Date: March 19, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


