# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY

    **Plaintiff(s)**

       **v.**                  **CIVIL NUMBER:** 96-1969 (JAG)

PCI INTERNATIONAL, INC.

    **Defendant(s)**

| MOTION | ORDER |
| --- | --- |
| **Date Filed:**  03/23/01<br>**Title:**  Motion Regarding<br>        Untranslated Exhibits<br>**Docket:** 164<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:**  April 10, 2001

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**

