UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY

    **Plaintiff(s)**

    v.                                                           CIVIL NUMBER: 96-1969 (JAG)

PCI INTERNATIONAL, INC.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/30/00<br>**Title:** Motion Resubmitting Request for Summary Judgment<br>**Docket:** 154<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | The Court denies co-defendants Pollution Control International, Inc. and Pollution Control Industries, Inc.'s motion resubmitting request for summary judgment (Docket #154). Inasmuch as the minutes of proceedings of the October 17, 2000 status conference held before the Court do not reflect a stipulation with regards to the possible dates between which the caustic soda spill object of the complaint occurred, the Court cannot revisit the motion for summary judgment. The Court denies the request without prejudice. The party may resubmit a motion for summary judgment based on other grounds. |

**Date:** April 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

