IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY

    Plaintiff

    v.                         CIVIL NO. 96-1969(JAG)

PCI INTERNATIONAL INC., et al.

    Defendants

---

**PARTIAL JUDGMENT**

Pursuant to the Opinion and Order entered today, the Court enters partial judgment dismissing Puerto Rico Ports Authority's claim against Carreras Trucking Company, Inc..

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of April, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge