IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY,
et al.
    **Plaintiffs,**

v.

PCI INTERNATIONAL INC., <u>et al.</u>
    **Defendants**

CIVIL NO. 96-1969(JAG)

### ORDER

Plaintiff Puerto Rico Ports Authority's motion requesting continuance of the Pre-Trial/Settlement Conference and Trial dates is <u>denied</u>. <u>See</u> Docket Nos. 179, 180. The Pre-Trial/Settlement Conference and Trial dates shall stand. <u>See</u> Docket No. 175. Although the Court is pleased with the parties settlement efforts and expects the case to be settled on or before the Pre-Trial/Settlement Conference, the Court, however, notes that the parties have failed to file the proposed Pre-Trial Order on June 12, 2002, as required under the Court's Trial Scheduling Order. <u>See</u> Docket No. 97. Accordingly, the Court <u>orders</u> the parties to file the Pre-Trial Order by **June 27, 2002 at 2:00 p.m.** (with courtesy copies delivered to Chambers). The Court forewarns the parties that they must strictly adhere to the deadlines set forth in the Trial Scheduling Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of June, 2002.

JAY A. GARCIA-GREGORY
United States District Judge