IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUERTO RICO PORTS AUTHORITY,
et al

**Plaintiff(s)**

v.

PCI INTERNATIONAL INC., et al

**Defendant(s)**

CIVIL NO. 96-1969 (JAG)



**JUDGMENT**

Pursuant to the Joint Stipulation for Voluntary Dismissal with Prejudice entered on June 26, 2002, the Court enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of June 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge